

James J. Thomas II, Partner
jthomas@ichterthomas.com

404.869.5248 direct dial
404.936.4304 cell

December 13, 2012

**<u>Via Hand Delivery</u>**
Honorable Charles A. Pannell, Jr.
United States District Court
2217 Richard B. Russell Federal Bldg
75 Spring Street SW
Atlanta, GA 30303

Re:    Hampton Island Club, LLC, et al. v. Kenneth Brooks, et al.,
       Civil Action No. 1:12-CV-2876-CAP

Dear Judge Pannell,

On December 7, 2012, you ordered plaintiffs to show cause by December 28, 2012, why their complaint should not be dismissed for lack of subject matter jurisdiction for failure to allege the citizenship of the individual members of the two plaintiff limited liability companies and one defendant limited liability company.

On December 10, 2012, I filed the attached First Amendment to Complaint on behalf of plaintiffs alleging the citizenship of each member of each limited liability company, and when a member was another unincorporated entity, the individual members or partners of such unincorporated entity. I believe the deficiencies pointed out in your December 7, 2012, order have been completely addressed and cured and that the complaint now alleges facts, which when taken as true, demonstrate that the court has subject matter jurisdiction based upon complete diversity of citizenship and the amount in dispute being in excess of $75,000. I realize the parties cannot confer subject matter jurisdiction, but I want you to know that counsel for all parties agree that complete diversity exists and that there are no issues as to jurisdiction.

If there is some other procedure you have in mind for how plaintiffs should "show cause," I will be pleased to comply, but, since the order did not mention a hearing, I am assuming that addressing the deficiencies pointed out in the order by amending the complaint suffices to show cause why the complaint, as amended, should not be dismissed. If that is not the case, please let me know what additional steps are necessary to "show cause."

Respectfully submitted,

James J. Thomas II

cc:    Malcolm MacKenzie, III, Esq. (via email)