IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAMPTON ISLAND CLUB, LLC and HAMPTON ISLAND, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BROOKS, ANITA WOLKE BROOKS, and THE KENNETH BROOKS & ANITA WOLKE BROOKS FAMILY, LLC.<br><br>Defendants. | CIVIL NO. 1:12-CV-2876-CAP |

**RESPONSE TO COURT'S SHOW CUASE ORDER AS TO WHY PLAINTIFFS' COMPLAINT SHOULD NOT BE DISMISSED**

Plaintiffs hereby file this pleading to comply with the Court's Order dated December 7, 2012 ("the Order"), ordering Plaintiffs "to show cause why this action should not be dismissed for lack of subject matter jurisdiction no later than December 28, 2012."

The Order pointed out that the Complaint failed to "list the citizenships of all of the members of the limited liability compan[ies]" that are parties to this case and to "trace the citizenship of any member that is an unincorporated association through however many layers of members or partners there may be."

On December 10, 2012, Plaintiffs amended their Complaint to "list the citizenships of all of the members of the limited liability compan[ies]" that are parties to this case and to "trace the citizenship of any member that is an unincorporated association through however many layers of members or partners there may be." The allegations set forth in Plaintiffs' First Amendment to Complaint, adopted here by reference pursuant to F.R.C.P. 10(c), shows that there is complete diversity of citizenship among the parties and that the Court therefore enjoys subject matter jurisdiction over this case.

Plaintiffs submit that by filing the amendment to their Complaint and this Response, they have shown cause why this action should not be dismissed for lack of subject matter jurisdiction.

This 17th day of December, 2012.

/s/ James J. Thomas II_____
James J. Thomas II, Esq.
Georgia Bar No. 705425
**Ichter Thomas, LLC**
Suite 1530
3340 Peachtree Road, N.E.
Atlanta, Georgia 30326
T: 404.869.7600
F: 404.869.7610
Email: jthomas@ichterthomas.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **RESPONSE TO COURT'S SHOW CUASE ORDER AS TO WHY PLAINTIFFS' COMPLAINT SHOULD NOT BE DISMISSED** was served upon all counsel of record by e-filing with the Clerk of the Court using the CM/ECF System which will automatically send e-mail notification of such filing to the following attorneys of record, this 17th day of December, 2012:

>Malcolm MacKenzie, III
>Weiner, Shearouse, Weitz, Greeenberg & Shawe, LLP
>P.O. Box 10105
>Savannah, GA 31412
>mmackenzie@wswgs.com

>>*/s/ James J. Thomas II*_____
>>James J. Thomas II, Esq.